IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARVELLO L. TUFONO,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**YORK,**<br><br>　　　　　　　　　　　　　Defendant. | Case No. 2:24-cv-00164 CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THEIR DEADLINE TO FILE A MOTION TO OPT OUT OF POST-SCREENING ADR** |

　　　Pending before the Court is Defendant York's motion for administrative relief for a 21-day extension of their deadline to file a motion to opt out of Post-Screening Early ADR (Alternative Dispute Resolution), up to and including June 11, 2024.

　　　Good cause shown, IT IS HEREBY ORDERED that Defendant's motion is granted. Defendant's deadline to file a motion to opt out is extended to June 11, 2024.

Dated: May 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE