IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARVELLO L. TUFONO,**<br><br>Plaintiff,<br><br>v.<br><br>**YORK,**<br><br>Defendant. | Case No. 2:24-cv-00164 CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |

Plaintiff Tufono, a former inmate with the California Department of Corrections and Rehabilitation who is currently a prisoner in a Sacramento County Jail, filed this action and proceeds *pro se* alleging claims under 42 U.S.C. § 1983. Pending before the Court is Defendant's Motion to Opt Out of Post-Screening Early ADR.

Good cause appearing, Defendant's motion is **GRANTED**. This case is no longer proceeding to Post-Screening Early ADR. The stay of proceedings imposed on March 22, 2024 (ECF No. 16 at 2) is lifted.

Dated:  June 12, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE