IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARVELLO L. TUFONO,**<br><br>Plaintiff,<br><br>v.<br><br>**YORK,**<br><br>Defendant. | Case No. 2:24-cv-00164 CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO VACATE DISCOVERY AND DISPOSITIVE-MOTION DEADLINES** |

Pending before the Court is Defendant York's motion to vacate the discovery and dispositive-motion deadlines. Good cause appearing, defendant's motion is **GRANTED** as follows: discovery is stayed, and the discovery and dispositive-motion deadlines are vacated. Those deadlines will be reset, if necessary, after resolution of defendant York's motion for revocation of plaintiff's in forma pauperis status.

Dated: August 26, 2024

_[signature]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE